_____

No. 95-4012
_____

Vincent X. Lee,                      *
                                     *
          Appellant,                 *
                                     *
     v.                              *
                                     *
Dora Schriro; Bill Armontrout;       *
Steve Long; Lisa Jones; Michael      *   Appeal from the United States
Groose; Dave Dormire; Gerald         *   District Court for the
Bommel; Jack Kirk; Vivian Watts;     *   Western District of Missouri.
Harriet Swinger; Larry Woods;        *
Davis; Michael L. Plemmons;          *        [UNPUBLISHED]
Malone; Steve Gilpin; Corum;         *
Lucretia Bright; Gore; Oxford;       *
Weaver; Ruppels; Farm and Home       *
Insurance Company; State Farm        *
Insurance; All State Insurance,      *
                                     *
          Appellees.                 *


_____

                 Submitted:  June 7, 1996

                    Filed:  June 11, 1996
_____

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.


     Vincent X. Lee appeals the district court's[1] dismissal of his
complaint.  Lee alleged twenty-four different defendants violated his state
and federal constitutional rights, and the Religious Freedom Restoration
Act, by placing him in administrative

_____

     [1]The Honorable Scott O. Wright, United States District Judge
for the Western District of Missouri, adopting the report and
recommendations of the Honorable William A. Knox, United States
Magistrate Judge for the Western District of Missouri.

segregation, by interfering with his practice of religion, and by confiscating and destroying his personal property. On two occasions, the district court ordered Lee to submit a shorter, more readable, and more definite statement of his claims, and to provide facts showing how each defendant violated his constitutional rights; the court indicated failure to comply would result in dismissal. Lee did not comply. The district court dismissed Lee's property claim pursuant to 28 U.S.C. § 1915(d), and dismissed Lee's remaining claims without prejudice pursuant to Rule 41(b) for failure to comply with court orders. We conclude the district court did not err in dismissing Lee's claims. See Edgington v. Missouri Dep't of Corrections, 52 F.3d 777, 779 (8th Cir. 1995) (no abuse of discretion to dismiss complaint for failure to comply with court order where pro se plaintiff failed to specifically plead how each defendant violated his rights); Orebaugh v. Caspari, 910 F.2d 526, 527 (8th Cir. 1990) (per curiam) (inmate's due process rights were not violated by destruction of property seized from cell because Missouri provided adequate post-deprivation remedy).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.